992 A.2d 858

**TRUSERV CORPORATION, Successor by Merger to Servistar Coast to Coast Corporation, f/k/a Servistar Corporation, Petitioner**

v.

**MORGAN'S TOOL & SUPPLY CO., INC., John L. Morgan, and Gail N. Morgan, Respondents.**

Supreme Court of Pennsylvania.

April 14, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, reworded for clarity, is:

Whether a trial court has discretion to refuse to award contractual interest based on the dilatory conduct of the victorious party.